# Composite Exhibit "1"

# United States of America
### United States Patent and Trademark Office

# A313

**Reg. No. 5,986,240**  
**Registered Feb. 11, 2020**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

Pharma Développement  (FRANCE société par actions simplifiée (sas) )  
Chemin De Marcy  
Corbigny, Nièvre, FRANCE 58800

CLASS 3: cosmetics

FIRST USE 12-16-2019; IN COMMERCE 12-16-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-389,827, FILED 04-17-2019



Director of the United States  
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-11-26 12:58:11 EST |
| **Mark:** | FRENCHPHARMACY FP |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97611385 | **Application Filing Date:** | Sep. 28, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | | | LIVE/APPLICATION/Under Examination |
| | | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Sep. 02, 2025 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | FRENCHPHARMACY FP |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the stylized wording "FRENCH PHARMACY FP" and design featuring the word FRENCH in a thicker stylized format with the wording PHARMACY to the right in a thinner stylized format, all above a horizontal line, and a rectangle to the right containing the stylized letters FP. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Acquired Distinctiveness Claim:** | In whole |
| **Design Search Code(s):** | 26.09.21 - Squares that are completely or partially shaded |
| | 26.11.21 - Rectangles that are completely or partially shaded |
| | 26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s) |
| | 26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |
| | 26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Cosmetics | | |
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 01, 2019 | **Use in Commerce:** | Mar. 15, 2019 |
| **For:** | Retail store services featuring dietary and nutritional supplements, food supplements, cosmetics and make-up, perfumes, creams, health products, beauty products, skincare products, some of which are from France; On-line retail store services featuring dietary and nutritional supplements, food supplements, cosmetics and make-up, perfumes, creams, health products, beauty products, skincare products, some of which are from France | | |

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 01, 2019 | **Use in Commerce:** | Mar. 15, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | US HEALTH DRUGSTORE INC |
| **Owner Address:** | 1545 ALGARDI AVE<br>CORAL GABLES, FLORIDA UNITED STATES 33146 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Eric P. Gros-Dubois |
| **Attorney Primary Email Address:** | eric@epgdlaw.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Eric P. Gros-Dubois<br>EPGD ATTORNEYS AT LAW, P.A.<br>777 SW 37TH AVE STE 510<br>MIAMI, FLORIDA United States 33135 |
| **Phone:** | 786-837-6787 |
| **Fax:** | 305-239-3640 |
| **Correspondent e-mail:** | eric@epgdlaw.com benjamin@epgdlaw.com trademarks@epgdlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 02, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 02, 2025 | NON-FINAL ACTION E-MAILED | |
| Sep. 02, 2025 | NON-FINAL ACTION WRITTEN | |
| Jul. 08, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 07, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 07, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 10, 2025 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Jun. 10, 2025 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Mar. 10, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 10, 2025 | NON-FINAL ACTION E-MAILED | |
| Mar. 10, 2025 | NON-FINAL ACTION WRITTEN | |
| Jan. 02, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 02, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 02, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 02, 2025 | NOTICE OF REVIVAL - E-MAILED | |
| Jan. 02, 2025 | PETITION TO REVIVE-GRANTED | |

| Date | Event |
|---|---|
| Jan. 02, 2025 | TEAS PETITION TO REVIVE RECEIVED |
| Oct. 17, 2024 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND |
| Oct. 17, 2024 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE |
| Feb. 27, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 27, 2024 | NON-FINAL ACTION E-MAILED |
| Feb. 27, 2024 | NON-FINAL ACTION WRITTEN |
| Jan. 25, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 24, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 24, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 24, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED |
| Oct. 24, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED |
| Jul. 24, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jul. 24, 2023 | NON-FINAL ACTION E-MAILED |
| Jul. 24, 2023 | NON-FINAL ACTION WRITTEN |
| Jul. 12, 2023 | ASSIGNED TO EXAMINER |
| Mar. 15, 2023 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Oct. 18, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Oct. 16, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 01, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| TM Attorney: | AYALA,LOURDES | Law Office Assigned: | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | TMEG LAW OFFICE 106 | Date in Location: | Sep. 02, 2025 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| Total Assignments: | 1 | Applicant: | US HEALTH DRUGSTORE LLC |

**Assignment 1 of 1**

| | |
|---|---|
| Conveyance: | ENTITY CONVERSION |
| Reel/Frame: | 7997/0207 |
| Pages: | 8 |
| Date Recorded: | Mar. 08, 2023 |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7997/0207 |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | US HEALTH DRUGSTORE LLC | Execution Date: | Aug. 29, 2022 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | FLORIDA |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | US HEALTH DRUGSTORE INC | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | FLORIDA |
| Address: | 1545 ALGARDI AVE<br>CORAL GABLES , FLORIDA 33146 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | BENJAMIN LEE BEDRAVA |
| Correspondent Address: | 777 SW 37TH AVE STE 510<br>MIAMI, FL 33135 |

**Domestic Representative - Not Found**

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-11-26 12:59:27 EST | | |
| **Mark:** | FRENCHPHARMACY | | |

FRENCHPHARMACY

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97611363 | **Application Filing Date:** | Sep. 28, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Sep. 02, 2025 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | FRENCHPHARMACY |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Acquired Distinctiveness Claim:** | In whole |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Cosmetics, some of which are from France | | |
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 01, 2019 | **Use in Commerce:** | Mar. 15, 2019 |
| **For:** | Retail store services featuring dietary and nutritional supplements, food supplements, cosmetics and make-up, perfumes, creams, health products, beauty products, skincare products, some of which are from France; On-line retail store services featuring dietary and nutritional supplements, food supplements, cosmetics and make-up, perfumes, creams, health products, beauty products, skincare products, some of which are from France | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Feb. 01, 2019 | **Use in Commerce:** | Mar. 15, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | US HEALTH DRUGSTORE INC |
| **Owner Address:** | 1545 ALGARDI AVE<br>CORAL GABLES, FLORIDA UNITED STATES 33146 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Eric P. Gros-Dubois |
| **Attorney Primary Email Address:** | eric@epgdlaw.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Eric P. Gros-Dubois<br>EPGD ATTORNEYS AT LAW, P.A.<br>777 SW 37TH AVE STE 510<br>MIAMI, FLORIDA United States 33135 |
| **Phone:** | 786-837-6787 |
| **Fax:** | 305-239-3640 |
| **Correspondent e-mail:** | eric@epgdlaw.com benjamin@epgdlaw.com trademarks@epgdlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 02, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 02, 2025 | NON-FINAL ACTION E-MAILED | |
| Sep. 02, 2025 | NON-FINAL ACTION WRITTEN | |
| Jul. 08, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 07, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 07, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 10, 2025 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Jun. 10, 2025 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Mar. 10, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 10, 2025 | NON-FINAL ACTION E-MAILED | |
| Mar. 10, 2025 | NON-FINAL ACTION WRITTEN | |
| Jan. 02, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 02, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 02, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 02, 2025 | NOTICE OF REVIVAL - E-MAILED | |
| Jan. 02, 2025 | PETITION TO REVIVE-GRANTED | |
| Jan. 02, 2025 | TEAS PETITION TO REVIVE RECEIVED | |
| Oct. 17, 2024 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Oct. 17, 2024 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Feb. 27, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 27, 2024 | NON-FINAL ACTION E-MAILED | |
| Feb. 27, 2024 | NON-FINAL ACTION WRITTEN | |
| Jan. 25, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 24, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |

| | |
|---|---|
| Jan. 24, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 24, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED |
| Oct. 24, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED |
| Jul. 24, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jul. 24, 2023 | NON-FINAL ACTION E-MAILED |
| Jul. 24, 2023 | NON-FINAL ACTION WRITTEN |
| Jul. 12, 2023 | ASSIGNED TO EXAMINER |
| Mar. 15, 2023 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Oct. 16, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 01, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | AYALA,LOURDES | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 106 | **Date in Location:** | Sep. 02, 2025 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Applicant:** | US HEALTH DRUGSTORE LLC |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| **Conveyance:** | ENTITY CONVERSION | | |
| **Reel/Frame:** | 7997/0207 | **Pages:** | 8 |
| **Date Recorded:** | Mar. 08, 2023 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7997/0207 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | US HEALTH DRUGSTORE LLC | **Execution Date:** | Aug. 29, 2022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | US HEALTH DRUGSTORE INC | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | FLORIDA |
| **Address:** | 1545 ALGARDI AVE<br>CORAL GABLES , FLORIDA 33146 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | BENJAMIN LEE BEDRAVA |
| **Correspondent Address:** | 777 SW 37TH AVE STE 510<br>MIAMI, FL 33135 |

**Domestic Representative - Not Found**



# frenchpharmacy FP

**Reg. No. 7,153,250**  
**Registered Sep. 05, 2023**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

US HEALTH DRUGSTORE INC  (FLORIDA CORPORATION)
1545 ALGARDI AVE
CORAL GABLES, FLORIDA 33146

CLASS 3: Cosmetics, except for nail polish and nail care preparations

FIRST USE 2-1-2019; IN COMMERCE 3-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 8814953

No claim is made to the exclusive right to use the following apart from the mark as shown: "FRENCH PHARMACY"

SER. NO. 90-794,998, FILED 06-25-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# PHARMA DEVELOPPEMENT

**Reg. No. 7,348,565**

**Registered Apr. 02, 2024**

**Int. Cl.: 3, 35**

**Service Mark**

**Trademark**

**Principal Register**

US HEALTH DRUGSTORE INC  (FLORIDA CORPORATION)
1545 ALGARDI AVE
CORAL GABLES, FLORIDA 33146

CLASS 3: Cosmetics

FIRST USE 1-00-2020; IN COMMERCE 1-00-2020

CLASS 35: On-line retail store services featuring a wide variety of consumer goods of others; On-line retail store services featuring dietary and nutritional supplements, food supplements, cosmetics and make-up, perfumes, creams, health products, beauty products, skincare products; Retail store services featuring dietary and nutritional supplements, food supplements, cosmetics and make-up, perfumes, creams, health products, beauty products, skincare products

FIRST USE 1-00-2020; IN COMMERCE 1-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "PHARMA"

The English translation of the word "PHARMA DEVELOPPEMENT" in the mark is "PHARMA DEVELOPEMENT".

SER. NO. 97-640,718, FILED 10-20-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.